UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** PDR Acquisition LLC v. Shelley et al
**Case Number:** AP14-00027-ESL   Legal 12-10295          **Chapter:** 11
**Date / Time / Room:** 03/27/2015 09:00 am osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** LORI ANNIE RODRIGUEZ

## Matter:
STATUS CONFERENCE

## Appearances:
JUAN A CUYAR COBB, R. Alesini
IRIS CABRERA GOMEZ ✓
CHARLES CUPRILL ✓

## Proceedings:

ORDER:

__ The parties are granted ___ days to conclude discovery.

__ The parties are granted ___ days to file dispositive motions. Replies are due ___days thereafter.

__ The motion to dismiss/for summary judgment must be opposed within ___days. Replies are due ___ days thereafter.

__ The parties are granted ___ days to file a settlement agreement.

__ The pretrial hearing is continued to: _____.

__ Trial is scheduled for _____.

__ Plaintiff shall show cause within ____ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

__ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

✓ Other: Upon the agreement of the parties, the adversary proceeding is hereby dismissed, with prejudice, and without imposition of sanctions, fees, or costs. Judgment will be entered accordingly. Debtor shall file amended application for entry of final decree within 14 days. Transcript requested.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge