IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :

PDR ACQUISITION LLC :

    CASE NO. 12-10295 ESL

PLAINTIFF :

VS : CHAPTER 11

DANIEL W SHELLEY, ET ALS :

    ADV. PROC. 14-0027 ESL

DEFENDANTS :

MARINA OLDCO

INTERVENOR :

_____

## J U D G M E N T

    Upon this Court's Order entered on March 27, 2015, (Docket #148), granting the agreement between the Plaintiff and Defendants, it is now

    ADJUDGED AND DECREED that Judgment be and it is hereby entered dismissing this adversary proceeding with prejudice; and it is further

    ADJUDGED AND DECREED that Judgement be and it is hereby entered without imposition of sanctions, fees, or costs.

    SO ORDERED.

    San Juan, Puerto Rico, this 1st day of APRIL, 2015.

                                ENRIQUE S. LAMOUTTE
                                U.S. BANKRUPTCY JUDGE

cc: Debtor
JUAN C. CUYAR COBB
IRIS J. CABRERA GOMEZ
CHARLES A. CUPRILL, UST