```
 1                    UNITED STATES BANKRUPTCY COURT

 2                        DISTRICT OF PUERTO RICO

 3                                    )       Docket No. 12-10295-ESL11
     MARINA OLDCO,                    )       Chapter 11
 4                                    )
         Debtor.                      )       Old San Juan, Puerto Rico
 5                                    )       March 27, 2015
     - - - - - - - - - - - - - - -x
 6   PDR ACQUISITION, LLC,            )
              Plaintiff,              )       Docket No. 14-00027-ESL
 7                                    )
         -against-                    )
 8                                    )
     SHELLEY, ET AL.,                 )
 9            Defendants.             )
     - - - - - - - - - - - - - - -x
10   _____

11                          STATUS CONFERENCE

12            BEFORE THE HONORABLE ENRIQUE S. LAMOUTTE INCLAN

13                     UNITED STATES BANKRUPTCY JUDGE.
     _____
14

15
     APPEARANCES:
16
     For PDR Acquisition LLC:     ROBERTO ABESADA AGUET, ESQ.
17                                JUAN A. CUYAR COBB, ESQ.

18   For the Defendants:          IRIS J. CABRERA-GOMEZ, ESQ.

19   For the Debtor:              CHARLES ALFRED CUPRILL, ESQ.

20

21

22

23

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE
```

```
 1                        I N D E X

 2   RULINGS:                                    PAGE

 3        Upon agreement of the parties, the      4

 4        adversary proceeding is dismissed with

 5        prejudice.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                                         Old San Juan, Puerto Rico
2                                         March 27, 2015
3                                         At or about 10:55 AM
4                          *    *    *
5          MS. CABRERA:  For the record, Iris J. Cabrera for
6    defendants.
7          MR. ABESADA:  Roberto Abesada Aguet, together with
8    Juan Cuyar on behalf of plaintiff.
9          MR. CUPRILL:  Charles Cuprill, representing the
10   debtor.
11         MR. ABESADA:  Roberto Abesada, on behalf of the
12   plaintiff.
13         Judge Lamoutte, we had the opportunity, in the
14   recess, to discuss the questions Your Honor had with the
15   client.  And after reexamining the adversary proceeding, the
16   complaint, and noticing that the allegations and the claim for
17   relief are limited to injunctive relief regarding the property
18   that was going to be auctioned in state court, and taking
19   consideration the offer made by defendants to waive costs and
20   attorney fees, our client accepted that a stipulation for
21   voluntary dismissal with prejudice be filed, or be accepted
22   today without costs or attorneys' fees.  So that's the
23   decision made after confirming with the client.
24         THE COURT:  Well, let me indicate to you what my
25   minutes would reflect and you tell me if that is your
```

1 agreement. And I would -- the minutes will state upon the

2 agreement of the parties the adversary proceeding is hereby

3 dismissed with prejudice. Judgment shall be entered.

4 Is there any objection as to that language?

5 MR. ABESADA: I believe that Your Honor would have to

6 include the --

7 MS. CABRERA: Without imposition of costs and

8 expenses.

9 THE COURT: No, no. Upon the agreement of the

10 parties, and then I will ask for a transcript of this part of

11 the hearing. So you tell me. There is no imposition of

12 sanctions.

13 MS. CABRERA: Yes, that is the consent you have from

14 defendants.

15 MR. ABESADA: That's what I was going to say, just

16 to --

17 THE COURT: Okay.

18 MR. ABESADA: -- put at the end without inclusion of

19 cost or attorney fees.

20 MS. CABRERA: Is it a dismissal of the adversary

21 proceeding?

22 THE COURT: Excuse me?

23 MS. CABRERA: It's a dismissal of the adversary

24 proceeding in its totality.

25 THE COURT: The adversary proceeding -- totally.

1          MR. ABESADA:  Yeah, I --

2          THE COURT:  There's no partial judgement.  There's --

3          MR. ABESADA:  The only --

4          THE COURT:  Judgement will be entered dismissing with

5   prejudice --

6          MR. ABESADA:  Yes.

7          THE COURT:  -- the adversary proceeding.  And I'm

8   going to also indicate that the Court would enter a final

9   decree in the bankruptcy petition because this is the only

10  matter pending in the case.

11         MR. CUPRILL:  That is correct to enter the final

12  decree, Your Honor.  I have agreed with Mr. Cuyar that in

13  reference to one of the issues, or the side issue that I raise

14  in the last obligation for the entry of the final decree which

15  had to do with expungement of some payers of the contracts

16  that were to be assumed under the provisions of the plan.

17         Your Honor, I have agreed that the debtor is going to

18  be provided by the purchaser with a side letter along the

19  lines that those contracts that I'm pointing out which were

20  not part of those to be assumed would be considered not

21  included in the assumed contracts and that upon obtention of

22  that letter that I would --

23         THE COURT:  Well, that goes beyond this adversary

24  proceeding.

25         MR. CUPRILL:  No, I'm talking about the main case.

1          THE COURT:  Okay.
2          MR. CUPRILL:  I'm talking about the main case and to
3 the issue of the issuance of the final decree and that upon
4 receipt of that letter, I would file an amended application
5 for the entry of the final decree, not including what I'm
6 saying, which is part of the application that I have right
7 now.
8          THE COURT:  So can I say that the debtor shall file
9 amended application for the entry of final decree within --
10 how many days are you going to do it?
11         MR. CUYAR:  Fourteen days, Your Honor.
12         MR. ABESADA:  Fourteen days.
13         MR. CUYAR:  Because I, Juan Cuyar for the purchaser,
14 Your Honor.
15         Perhaps, just to summarize and to make it easier for
16 the Court.  The parties have agreed that the debtor will file
17 an amended application for final decree within fourteen days
18 and whatever (indiscernible) agreements we have already
19 reached, we will have resolved by such date.
20         MR. CUPRILL:  Yes, but I don't want to prolong the
21 issue.
22         MR. CUYAR:  No.
23         MR. CUPRILL:  Upon the receipt of the letter that we
24 agree --
25         MR. CUYAR:  Sure.  Of course.  We don't --

```
 1          MR. CUPRILL:  -- I will file the application.
 2          THE COURT:  My minutes will only reflect --
 3             (At 11:00 AM, proceedings concluded.)
 4                       *     *     *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   U.S. BANKRUPTCY COURT  )

 2   DISTRICT OF PUERTO RICO)

 3

 4           I certify that this transcript consisting of 7 pages

 5   is a true and accurate transcription to the best of my ability

 6   of the audio proceeding in this case before the Honorable

 7   Enrique S. Lamoutte Inclan on March 27, 2015, as recorded by

 8   the Courtroom Deputy.

 9           Audio proceedings were recorded and were provided to

10   this reporter by the U.S. Bankruptcy Court, and this certified

11   reporter accepts no responsibility for any events that

12   occurred during the above proceedings, for any inaudible

13   and/or indiscernible responses by any person or party involved

14   in the proceeding or for the content of the audio recording

15   provided.

16

17   [signature: Gina Gattone]

18

19   _____
     Gina Gattone
20   Official Court Transcriber, CET**D-769

21   eScribers

22   700 West 192nd Street

23   Suite #607

24   New York, NY 10040

25
```